```
United States Bankruptcy Court
   Middle District of Pennsylvania
```

In re:                                                              Case No. 19-04336-RNO
Nickeisha Khadene Lamey Salmon                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: PamelaRad        Page 1 of 1              Date Rcvd: Dec 18, 2019
                            Form ID: ntcnfhrg      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.

```
cr              +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    ATTN: JAXB2007,
                  Jacksonville, FL 32256-6851
5255828         +Alliance One Receivables Management, Inc,    6160 Mission Gorge Rd. Suite 300,
                  San Diego, CA 92120-3449
5255829         +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                  Monroe, LA 71203-4774
5255831         +Geico,   One Geico Plaza,    Bethesda, MD 20810-0002
5259616         +JPMorgan Chase Bank, N.A.,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                  3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
5255832         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5255833          MTA Bridges & Tunnels,    Daniel DeCrescenzo, Acting President,
                  Randall's Island, NY 10035-0035
5255837          NYC Department of Finance,    P.O. Box 3641,    New York, NY 10008-3641
5255836          NYC Department of Finance,    P.O. Box 3610, Church St., Station,    New York, NY 1008-3610
5255834          Nationwide Insurance,    Company of America,    P.O. Box 13958,    Philadelphia, PA 19101-3958
5255838         +Port Authority of New York & New Jersey,    225 Park Avenue South,    New York, NY 10003-1604
5255839         +Shapiro & DeNardo, LLC,    3600 Horizon Dr., Suite 150,    King of Prussia, PA 19406-4702
5255840         +The Progressive Corporation,    6300 Wilson Mills Rd.,    Mayfield Village, OH 44143-2182
5255841         +Transworld Systems, Inc.,    1105 Schrock Road, Suite 300,    Columbus, OH 43229-1174
5281485         +Wilmington Savings Fund, et al...,    c/o Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
db              +E-mail/PDF: soyb7@yahoo.com Dec 18 2019 19:36:39      Nickeisha Khadene Lamey Salmon,
                  663 Avoy Rd.,    Lake Ariel, PA 18436-4912
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 19:50:23
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255830         +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 18 2019 19:38:07
                  Credit Collection Service,    725 Canton St.,    Norwood, MA 02062-2679
5256545         +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2019 19:50:17      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5255842         +E-mail/Text: meronem@wmh.org Dec 18 2019 19:36:48      Wayne Memorial Hospital,
                  Attn: Collection Dept.,    601 Park St.,    Honesdale, PA 18431-1498
                                                                                             TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5255835*        +Nickeisha Khadene Lamey Salmon,    663 Avoy Rd.,    Lake Ariel, PA 18436-4912
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
              Tullio  DeLuca    on behalf of Debtor 1 Nickeisha Khadene Lamey Salmon tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Nickeisha Khadene Lamey Salmon, <br> aka Nickeisha K. Lamey Salmon, aka Nickeisha Lamey Salmon, aka Nickeisha Lamey, aka Nickeisha Salmon, <br><br> **Debtor 1** | Chapter 13 <br><br> Case No. 5:19−bk−04336−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 29, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 5, 2020 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2019 |

ntcnfhrg (03/18)