# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   NICKEISHA KHADENE LAMEY SALMON
AKA: NICKEISHA LAMEY, NICKEISHA
SALMON, NICKEISHA K. LAMEY SALMON,
NICKEISHA LAMEY SALMON

        Debtor(s)

                                  CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant                      CASE NO: 5-19-04336-RNO

        vs.

NICKEISHA KHADENE LAMEY SALMON
AKA: NICKEISHA LAMEY, NICKEISHA
SALMON, NICKEISHA K. LAMEY SALMON,
NICKEISHA LAMEY SALMON

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on March 5, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                Respectfully submitted,

                s/   Charles J. DeHart, III
                Charles J. DeHart, III, Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA  17036
                Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    NICKEISHA KHADENE LAMEY
SALMON
AKA: NICKEISHA LAMEY, NICKEISHA
SALMON, NICKEISHA K. LAMEY
SALMON, NICKEISHA LAMEY
SALMON

    CHAPTER 13

    Debtor(s)

    CASE NO: 5-19-04336-RNO

    CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

### NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| April 1, 2020 at 9:00 am | April 1, 2020 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 725.00**
**AMOUNT DUE FOR THIS MONTH: $290.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $1015.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
       CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604

       If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.     You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 5, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    NICKEISHA KHADENE LAMEY
SALMON
AKA: NICKEISHA LAMEY,
NICKEISHA SALMON, NICKEISHA          
K. LAMEY SALMON, NICKEISHA        CHAPTER 13
LAMEY SALMON

           Debtor(s)        CASE NO: 5-19-04336-RNO

     CHARLES J. DEHART, III
     CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 5, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

TULLIO DeLUCA, ESQUIRE           Served electronically
381 N 9TH AVENUE
SCRANTON, PA  18504-


United States Trustee
228 Walnut Street
Suite 1190                    Served electronically
Harrisburg, PA  17101



NICKEISHA KHADENE LAMEY SALMON
663 AVOY RD.
LAKE ARIEL, PA  18436          Served by 1st Class Mail



I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 5, 2020           Liz Joyce
                            for Charles J. DeHart, III, Trustee
                            Suite A, 8125 Adams Dr.
                            Hummelstown, PA  17036
                            Phone:  (717) 566-6097
                            eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    NICKEISHA KHADENE LAMEY
          SALMON
          AKA: NICKEISHA LAMEY,
          NICKEISHA SALMON, NICKEISHA
          K. LAMEY SALMON, NICKEISHA
          LAMEY SALMON

                                        CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                  Movant                CASE NO: 5-19-04336-RNO

          vs.

          NICKEISHA KHADENE LAMEY        MOTION TO DISMISS
          SALMON
          AKA: NICKEISHA LAMEY,
          NICKEISHA SALMON, NICKEISHA
          K. LAMEY SALMON, NICKEISHA
          LAMEY SALMON


                         **ORDER DISMSSING CASE**


    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-
captioned bankruptcy be and hereby is dismissed.