UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

NICKEISHA KHADENE LAMEY SALMON

Case Number: **5-19-04336**
Chapter: **13**

* Debtor(s)

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice and Debtors Motion to Suspend Temporarily Trustee Payments was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: June 3, 2020

SIGNED: _____

TITLE: _/s/Legal Assistant_

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

*****************************************************************

IN RE: :
 :  **CASE NO. 5: 19-bk-04336-RNO**
Nickeisha Khadene Lamey Salmon :
 :  **CHAPTER 13**
 **Debtor(s)** :

*****************************************************************

Nickeisha Khadene Lamey Salmon :
        MOVANT :
    VS. :
CHARLES J. DEHART, III, ESQ. :
        RESPONDENT :

*****************************************************************

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

*****************************************************************

    NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **June 24, 2020.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

    If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

DATE June 3, 2020                                  Clerk, U.S. Bankruptcy Court
                                                              197 South Main Street
Tullio DeLuca, Esquire                     Wilkes-Barre, PA 18701
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

*************************************************************************

IN RE: :
: **CASE NO. 5: 19-bk-04336-RNO**
Nickeisha Khadene Lamey Salmon :
: **CHAPTER 13**
**Debtor(s)** :

*************************************************************************

Nickeisha Khadene Lamey Salmon :
MOVANT :
VS. :
CHARLES J. DEHART, III, ESQ. :
RESPONDENT :

*************************************************************************

### MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS

*************************************************************************

AND NOW COMES, the Debtor, Nickeisha Lamey Salmon, by and through her attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on October 07, 2019.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $290.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Due to the Corona Virus, the Debtor's hours were reduced. Therefore, Debtor has a temporary decrease in monthly income.

4. Therefore, Debtor is not in a position to make the Trustee payments until her immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of his Trustee payments for a period of three (3) months or earlier starting in the month of March 2020. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: June 2, 2020

/s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID # 59887
381 N. 9th Avenue
Scranton, Pa 18504
(570) 347-7764
Attorney for Debtor

| | | |
|---|---|---|
| Alliance One Receivables Management, Inc<br>6160 Mission Gorge Rd., Ste 300<br>San Diego, CA 92120-3449 | JP Morgan Chase Bank, NA<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane, Floor 1<br>Monroe, LA 71203-4774 | Credit Collection Service<br>725 Canton St.<br>Norwood, MA 02062-2679 |
| Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Kevin S Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Dr., Ste 150<br>King of Prussia, PA 19406-4702 | Geico<br>One Geico Plaza<br>Bethesda, MD 20810-0002 |
| MTA Bridges & Tunnels<br>Daniel DeCrescenzo, Acting President<br>Randall's Island, NY 10035-0035 | NYC Dept of Finance<br>PO Box 3610, Church St., Station<br>New York, NY 1008-3610 | NYC Dept of Finance<br>PO Box 3641<br>New York, NY 10008-3641 |
| Nationwide Insurance<br>Company of America<br>PO Box 13958<br>Philadelphia, PA 19101-3958 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Port Authority of New York<br>& New Jersey<br>225 Park Ave. South<br>New York, NY 10003-1604 |
| The Progressive Corporation<br>6300 Wilson Mills Rd.<br>Mayfield Village, OH 44143–2183 | Transworld Systems, Inc<br>1105 Schrock Rd. Ste 300<br>Columbus, OH 43229-1174 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| James Warmbrodt<br>701 Market St., Ste 5000<br>Philadelphia, PA 19106-1541 | Wayne Memorial Hospital<br>Attn; Collection Dept.<br>601 Park St.<br>Honesdale, PA 18431-1498 | Wilmington Savings Fund, et. al.<br>c/o Carrington Mortgage Services, LLC<br>1600 S. Douglass Rd.<br>Anaheim, CA 92806-5948 |