In re:  
Nickeisha Khadene Lamey Salmon  
    Debtor

Case No. 19-04336-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Jun 30, 2020  
                         Form ID: pdf010     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.

```
5255828        +Alliance One Receivables Management, Inc,   6160 Mission Gorge Rd. Suite 300,
                 San Diego, CA 92120-3449
5255831        +Geico,   One Geico Plaza,    Bethesda, MD 20810-0002
5259616        +JPMorgan Chase Bank, N.A.,    c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
5255832        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5255833         MTA Bridges & Tunnels,    Daniel DeCrescenzo, Acting President,
                 Randall's Island, NY 10035-0035
5255837         NYC Department of Finance,    P.O. Box 3641,   New York, NY 10008-3641
5255836         NYC Department of Finance,    P.O. Box 3610, Church St., Station,   New York, NY 1008-3610
5255834         Nationwide Insurance,    Company of America,   P.O. Box 13958,    Philadelphia, PA 19101-3958
5255838        +Port Authority of New York & New Jersey,    225 Park Avenue South,   New York, NY 10003-1604
5255839        +Shapiro & DeNardo, LLC,    3600 Horizon Dr., Suite 150,   King of Prussia, PA 19406-4702
5255840        +The Progressive Corporation,    6300 Wilson Mills Rd.,   Mayfield Village, OH 44143-2182
5255841        +Transworld Systems, Inc.,    1105 Schrock Road, Suite 300,   Columbus, OH 43229-1174
5281485        +Wilmington Savings Fund, et al...,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,   Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
db             +E-mail/PDF: soyb7@yahoo.com Jun 30 2020 19:45:10     Nickeisha Khadene Lamey Salmon,
                 663 Avoy Rd.,   Lake Ariel, PA 18436-4912
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 30 2020 19:48:17
                 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    7255 Baymeadows Way,    ATTN: JAXB2007,
                 Jacksonville, FL  32256
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2020 19:48:05
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5255830        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 30 2020 19:45:44
                 Credit Collection Service,    725 Canton St.,   Norwood, MA 02062-2679
5255829         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 30 2020 19:48:01     Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203
5256545        +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2020 19:47:46     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5255842        +E-mail/Text: meronem@wmh.org Jun 30 2020 19:45:17     Wayne Memorial Hospital,
                 Attn: Collection Dept.,   601 Park St.,   Honesdale, PA 18431-1498
                                                                                             TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5255835*       +Nickeisha Khadene Lamey Salmon,   663 Avoy Rd.,   Lake Ariel, PA 18436-4912
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:

```
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James  Warmbrodt     on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
          QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com
         Kevin S Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
         Tullio  DeLuca    on behalf of Debtor 1 Nickeisha Khadene Lamey Salmon tullio.deluca@verizon.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

```
*********************************************************************
IN RE:                                  :
                                        :    CASE NO. 5: 19-bk-04336-RNO
Nickeisha Khadene Lamey Salmon          :
                                        :    CHAPTER 13
              Debtor(s)                 :
*********************************************************************
Nickeisha Khadene Lamey Salmon          :
              MOVANT                    :
       VS.                              :
CHARLES J. DEHART, III, ESQ.            :
              RESPONDENT                :
*********************************************************************
```

**ORDER**

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from March 2020 through May 2020 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated:  June 30, 2020

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge  (DG)