IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nickeisha Khadene Lamey Salmon<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-04336/HWV |
| WILMINGTON SAVINGS FUND SOCIETY,<br>FSB, AS TRUSTEE OF QUERCUS<br>MORTGAGE INVESTMENT TRUST<br>    Movant.<br>v.<br><br>Nickeisha Khadene Lamey Salmon<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## RESPONSE OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST TO DEBTOR'S MOTION TO MODIFY PLAN

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST, by and through its counsel, LOGS Legal Group LLP, hereby responds to Debtor's Motion to Modify Plan, and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted the proposed plan sets forth curing the post-petition arrears. However, Respondent opposes same as it has not received any post-petition payments since the case was filed in 2019. Respondent submits this amended plan is per se infeasible in light of the Debtor's arrears.

4. Denied. Respondent opposes the proposed amendments as it is prejudiced by severely delayed payments and also because the plan appears per se infeasible.

WHEREFORE, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST respectfully requests that confirmation of the Debtor's Motion to Modify Plan be dismissed/denied.

/s/ Kristen D. Little

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nickeisha Khadene Lamey Salmon<br>    Debtor,<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST<br>    Movant.<br>v.<br><br>Nickeisha Khadene Lamey Salmon<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>19-04336/HWV<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Kristen D. Little an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this June 17, 2021:

Nickeisha Khadene Lamey Salmon
663 Avoy Road
Lake Ariel, PA 18436

Tullio DeLuca, Esquire
381 North 9th Avenue
Scranton, PA 18504

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Kristen D. Little
_____

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nickeisha Khadene Lamey Salmon<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>19-04336/HWV |
| WILMINGTON SAVINGS FUND SOCIETY,<br>FSB, AS TRUSTEE OF QUERCUS<br>MORTGAGE INVESTMENT TRUST<br>　　　Movant.<br>v. | CHAPTER 13 |
| Nickeisha Khadene Lamey Salmon<br>　　　Debtor/Respondent, | |
| Jack N. Zaharopoulos, Trustee<br>　　　Additional Respondent. | |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtor's Motion to Modify Plan and Respondent's response thereto;

It is hereby ORDERED that Debtor's Motion to Modify Plan are DENIED.

BY THE COURT:

_____
HONORABLE HENRY W. VAN ECK
UNITED STATES BANKRUPTCY JUDGE