# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NICKEISHA KHADENE LAMEY SALMON
AKA: NICKEISHA LAMEY, NICKEISHA SALMON, NICKEISHA K. LAMEY SALMON, NICKEISHA LAMEY SALMON

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-04336-MJC

NICKEISHA KHADENE LAMEY SALMON
AKA: NICKEISHA LAMEY, NICKEISHA SALMON, NICKEISHA K. LAMEY SALMON, NICKEISHA LAMEY SALMON

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 5, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 5, 2021, the Debtor(s) is/are $7596.00 in arrears with a plan payment having last been made on May 03, 2021

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 5, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NICKEISHA KHADENE LAMEY SALMON
AKA: NICKEISHA LAMEY, NICKEISHA SALMON, NICKEISHA K. LAMEY SALMON, NICKEISHA LAMEY SALMON

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-04336-MJC

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 5, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

TULLIO DeLUCA, ESQUIRE  
381 N 9TH AVENUE  
SCRANTON, PA 18504-

SERVED ELECTRONICALLY

NICKEISHA KHADENE LAMEY SALMON  
663 AVOY RD.  
LAKE ARIEL, PA 18436

SERVED BY 1ST CLASS MAIL

United States Trustee  
228 Walnut Street  
Suite 1190  
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2021

Respectfully submitted,  
Bobbie Weigel  
for Jack N. Zaharopoulos, Trustee  
Suite A, 8125 Adams Dr.  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
eMail: info@pamd13trustee.com