United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 19-04336-MJC
Nickeisha Khadene Lamey Salmon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Nov 09, 2021      Form ID: pdf010      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Carrington Wilmington, 1600 S. DOUGLASS RD., Anaheim, CA 92806-5948 |
| 5255828 | + | Alliance One Receivables Management, Inc, 6160 Mission Gorge Rd. Suite 300, San Diego, CA 92120-3449 |
| 5255831 | + | Geico, One Geico Plaza, Bethesda, MD 20810-0002 |
| 5259616 | + | JPMorgan Chase Bank, N.A., c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5255832 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5255833 | | MTA Bridges & Tunnels, Daniel DeCrescenzo, Acting President, Randall's Island, NY 10035-0035 |
| 5255837 | | NYC Department of Finance, P.O. Box 3641, New York, NY 10008-3641 |
| 5255836 | | NYC Department of Finance, P.O. Box 3610, Church St., Station, New York, NY 1008-3610 |
| 5255834 | | Nationwide Insurance, Company of America, P.O. Box 13958, Philadelphia, PA 19101-3958 |
| 5255838 | + | Port Authority of New York & New Jersey, 225 Park Avenue South, New York, NY 10003-1604 |
| 5255839 | + | Shapiro & DeNardo, LLC, 3600 Horizon Dr., Suite 150, King of Prussia, PA 19406-4702 |
| 5255840 | + | The Progressive Corporation, 6300 Wilson Mills Rd., Mayfield Village, OH 44143-2182 |
| 5255841 | + | Transworld Systems, Inc., 1105 Schrock Road, Suite 300, Columbus, OH 43229-1174 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: soyb7@yahoo.com | Nov 10 2021 10:00:00 | Nickeisha Khadene Lamey Salmon, 663 Avoy Rd., Lake Ariel, PA 18436-4912 |
| cr | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2021 10:00:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, ATTN: JAXB2007, Jacksonville, FL 32256 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 10 2021 10:00:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5255830 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 09 2021 18:39:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679 |
| 5255829 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 10 2021 10:00:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5256545 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5255842 | + | Email/Text: meronem@wmh.org | Nov 09 2021 18:39:00 | Wayne Memorial Hospital, Attn: Collection Dept., 601 Park St., Honesdale, PA 18431-1498 |
| 5281485 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 09 2021 18:39:00 | Wilmington Savings Fund, et al..., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5255835 | *+ | Nickeisha Khadene Lamey Salmon, 663 Avoy Rd., Lake Ariel, PA 18436-4912 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Tullio DeLuca | on behalf of Debtor 1 Nickeisha Khadene Lamey Salmon tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| NICKEISHA KHADENE LAMEY SALMON AKA: NICKEISHA LAMEY, NICKEISHA SALMON, NICKEISHA K. LAMEY SALMON, NICKEISHA LAMEY SALMON | Chapter: 13 |
|---|---|
| Debtor 1 | Case No.: 5:19-bk-04336-MJC |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.               Movant(s)

NICKEISHA KHADENE LAMEY SALMON AKA:
 NICKEISHA LAMEY, NICKEISHA SALMON, NICKEISHA K. LAMEY SALMON, NICKEISHA LAMEY SALMON
                Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: November 8, 2021        By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)